# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN CARLOS SANCHEZ, | ) | Case No. CV 13-33 DSF (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| R.E. BARNES, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 11/4/13

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE